EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG
California Bar #163443
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:  mark.inciong@usdoj.gov

Attorneys for Plaintiff
United States of America


            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00120 HG |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| GISELA JUDITH | ) | |
| ROCHIN-GAXIOLA,    (02) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

                  CERTIFICATE OF SERVICE

          I hereby certify that the Order for Dismissal was

submitted to the Honorable Chief Judge Helen Gillmor for

signature on August 31, 2006, and a copy was served on the

following person on August 31, 2006:

Served by E-mail:

RANDALL M. OYAMA, ESQ.
randyoyama@gmail.com

Attorney for Defendant
GISELA JUDITH ROCHIN-GAXIOLA


DATED: Honolulu, Hawaii, August 31, 2006.



/s/ M. Derby-Taufa'asau