EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

MARK A. INCIONG, CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>            Plaintiff,          )<br>                                )<br>       vs.                      )<br>                                )<br>GISELA JUDITH                   )<br>  ROCHIN-GAXIOLA,  (02)         )<br>                                )<br>            Defendant.          )<br>_____) | CR. NO. 05-00120 HG<br><br>ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant DANIELA SOLEDAD LOPEZ-MEZA on the grounds that Defendant entered a guilty plea to the Information in Cr. No. 05-00391 HG and was sentenced on March 23, 2006, to 51 months imprisonment.

Pursuant to the plea agreement entered into by the Defendant and the United States, the United States agreed to dismiss the underlying First Superseding Indictment in the above-captioned matter after Defendant was sentenced in CR. No. 05-00391 HG.  Accordingly, the dismissal is in the interests of justice.

DATED: August 30, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Mark A. Inciong
   MARK A. INCIONG
   Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DATED: Honolulu, Hawaii, September 14, 2006.



 /s/ Helen Gillmor
Chief United States District Judge

UNITED STATES V. ROCHIN-GAXIOLA
CR. NO. 05-00120 HG
"Order for Dismissal"